No. 87–1889. AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC., ET AL. *v.* WASHINGTON PUBLIC POWER SUPPLY SYSTEM ET AL.;

No. 87–1897. HABERMAN ET AL. *v.* WASHINGTON PUBLIC POWER SUPPLY SYSTEM ET AL.; and

No. 87–2109. WOOD DAWSON SMITH & HELLMAN *v.* HABERMAN ET AL. Appeals from Sup. Ct. Wash. dismissed for want of jurisdiction.

No. 87–1896. ROSENTHAL *v.* STATE BAR OF CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction.

No. 87–2007. COLONIAL PIPELINE CO. *v.* WRIGHT CONTRACTING CO. Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction.

No. 87–2088. BLANKEMEYER ET UX. *v.* FEDERAL LAND BANK OF OMAHA. Appeal from Sup. Ct. Neb. dismissed for want of substantial federal question.

No. 87–2129. WHITE, JUDGE, COURT OF COMMON PLEAS OF PENNSYLVANIA, PHILADELPHIA COUNTY *v.* JUDICIAL INQUIRY AND REVIEW BOARD OF PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 87–6994. LARSON *v.* NORTH DAKOTA. Appeal from Sup. Ct. N. D. dismissed for want of substantial federal question.

No. 88–171. HERZOG ET UX. *v.* COLDING, COLLIER COUNTY PROPERTY APPRAISER, ET AL. Appeal from Dist. Ct. App. Fla., 2d Dist., dismissed for want of substantial federal question.

No. 88–181. HOUSTON LIGHTING & POWER CO. *v.* PUBLIC UTILITY COMMISSION OF TEXAS. Appeal from Sup. Ct. Tex. dismissed for want of substantial federal question.